Charles R. Sykes, Appellant, v. N. B. Milledge, a widow, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellant.

*Lilburn R. Railey,* for Appellant.

---

Farmers Bank & Trust Company of West Palm Beach, Appellant, v. Ernest Amos as Comptroller, etc., Appellee.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed on praecipe of counsel for Appellant.

*George M. Powell,* for Appellee.